# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| WELLOSOPHY CORPORATION, | ) |
| Plaintiffs, | ) ) Case No. 2:10-CV-2229 GMN-GWF |
| vs. | ) **ORDER** |
| HERO NUTRITION, LLC and DAVID BARTON, | ) ) |
| Defendants. | ) ) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed December 22, 2010. Defendant David Barton filed a Motion to Dismiss (#9) on March 4, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 23, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 11th day of May, 2011.

_George Foley Jr._

GEORGE FOLEY, JR.
United States Magistrate Judge