# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLOSOPHY CORPORATION, | |
| Plaintiff, | Case No. 2:10-cv-02229-GMN-GWF |
| vs. | **ORDER** |
| HERO NUTRITION, LLC and DAVID BARTON, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Discovery Plan (#15) submitted on June 20, 2011. The Court conducted a telephonic discovery hearing on June 30, 2011. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** that the Court enters a stay of discovery pending a decision on Defendant David Barton's Motion to Dismiss for Lack of Personal Jurisdiction (#9).

DATED this 30th day of June, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge